# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:15-CV-00567-RLV-DCK

| | |
|---|---|
| DEBORAH SKIPPER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| CAROLYN W. COLVIN, | ) |
| Defendant. | ) |

The Defendant, Carolyn W. Colvin, Acting Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment vacating her decision and remanding the matter for further administrative proceedings and development. Plaintiff does not oppose the Motion for Remand.

Pursuant to the power granted to this Court under sentence four of 42 U.S.C. § 405 (g), the Commissioner's decision is hereby **VACATED** and **REMANDED** under sentence four of 42 U.S.C. § 405 (g) for further administrative proceedings and development. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991); *Shalala v. Schaefer*, 509 U.S. 292 (1993). Plaintiff's Motion for Summary Judgment (Doc. No. 14) is hereby **DENIED-AS-MOOT**. The Clerk shall enter judgment accordingly and administratively terminate this case.

**SO ORDERED**.

Signed: July 6, 2016

Richard L. Voorhees
United States District Judge